EDITH P. RUCKERT and Others, as Executors, etc., of CHRISTIAN C. RUCKERT. Deceased, Appellants, v. NAT MILLER, etc., Respondent.— Order denying motion to vacate judgment and findings, etc., affirmed, with ten dollars costs and dis-

bursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.